# UNITED STATES DISTRICT COURT

———————— District of ————————

## APPEARANCE

CASE NUMBER: 04-1809

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Giuseppe Torrente*

I certify that I am admitted to practice in this court.

7-15-04
Date

Signature

Print Name: Stephen Judge      Bar Number: 563390

Address: 23 Central Ave #605

City: Lynn    State: MA    Zip Code: 01901

Phone Number: 781 599 2800    Fax Number: