AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF ___Massachusetts___

UNITED STATES OF AMERICA

V.

GIUSEPPE S. TORRENTE
a/k/a Joseph Torrente

# WARRANT FOR ARREST

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Giuseppe S. Torrente, a/k/a Joseph Torrente
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title ___21___ United States Code, Section(s) ___846 and 841(a)(1)___

Charles B. Swartwood, III

Name of Issuing Officer

_Signature of Issuing Officer_

US magistrate Judge
Title of Issuing Officer

06-29-2004    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/5/04

This form was electronically produced by Elite Federal Forms, Inc.